UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In Re:<br><br>    Jonathan G Hall and<br>    Caitlin A Hall,<br><br>              Debtors. | Case No. 22-11998<br>Chapter 13<br>Plan filed on October 25, 2022<br>Confirmation Hearing: December 8, 2022<br>Honorable Timothy A. Barnes |

## **OBJECTION TO CONFIRMATION OF PLAN**

NOW COMES JPMorgan Chase Bank, National Association (hereinafter referred to as "Creditor"), a secured creditor herein by its attorneys, Heavner, Beyers & Mihlar, LLC, and moves this Honorable Court for an Order denying confirmation of Debtors' plan filed October 25, 2022, and in support thereof states as follows:

1. This Court has jurisdiction pursuant to 28 U.S.C. §1334 and Local Rule 40.3.1 of the United States District Court for the Northern District of Illinois.

2. Debtors filed a petition under Chapter 13 of Title 11, United States Bankruptcy Code on October 17, 2022. The Debtors' Chapter 13 Plan has not yet been confirmed.

3. Creditor is a mortgage holder or servicer on the property commonly known as 5720 N Mason Ave, Chicago, Illinois 60646.

4. Debtors' plan proposes a monthly payment of $268.02 for 60 months to the Standing Trustee for the benefit of creditors.

5. Creditor will file a Proof of Claim in the instant case totaling $263,773.00 and listing an estimated or approximate pre-petition arrearage of $10,469.61.

6. Debtors have used a version of the District's model plan for their Chapter 13 plan and said model contains language negatively impacting the Creditor. Specifically, the plan provides that the mortgage arrears in the amount of $0.00 will be paid to Chase Mortgage.

7. The above referenced section directs payments which are substantially less than the amount owed to this Creditor pursuant to its soon to be filed Proof of Claim.

8.   That if the plan is administered as written rather than as intended, Creditor would receive substantially less than its soon to be filed, secured Proof of Claim, in contravention of the provisions of the Bankruptcy Code.

9.   Sufficient grounds exist for denial of confirmation of Debtors' plan:

   a.   Fails to cure Creditor's pre-petition arrearage claim amount in full.

WHEREFORE, this Creditor, JPMorgan Chase Bank, National Association, and/or its assigns, requests the Court enter an Order denying confirmation of the Debtors' Chapter 13 plan.

Dated this 31st of October, 2022.

JPMorgan Chase Bank, National Association,

By: /s/ *Cheryl Considine*
Cheryl Considine
One of its attorneys

FAIQ MIHLAR (#6274089)
HEATHER M. GIANNINO (#6299848)
CHERYL CONSIDINE (#6242779)
KIMBERLY D. RENO (#6299352)
MARIA C. SANCHEZ (#6331588)
HEAVNER, BEYERS & MIHLAR, LLC
Attorneys at Law
P.O. Box 740
Decatur, IL 62525
Email: bkdept@hsbattys.com
Telephone: (217) 422-1719
Facsimile: (217) 422-1754

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In Re: | Case No. 22-11998 |
|---|---|
| Jonathan G Hall and<br>Caitlin A Hall,<br><br>Debtors. | Chapter 13<br>Plan filed on October 25, 2022<br>Confirmation Hearing: December 8, 2022<br>Honorable Timothy A. Barnes |

## NOTICE OF FILING

TO:    See Attached Service List

    PLEASE TAKE NOTICE that on the 31st of October, 2022 there was electronically filed with the Clerk of the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division, the attached Objection to Confirmation, a copy of which is hereby served upon you.

## PROOF OF SERVICE

    I, the undersigned attorney, certify that I served a copy of this Objection to Confirmation attached, upon the parties listed above, as to the Trustee and Debtors' attorney via electronic notice on October 31, 2022 and as to the Debtors by mailing same in a properly addressed envelope, postage prepaid by depositing said envelope in a U.S. Post Office Mail Box, Decatur, Illinois 62523 before the hour of 5:00 p.m. on the 31st of October, 2022.

    JPMorgan Chase Bank, National Association,

    By:   /s/ *Cheryl Considine*
           Cheryl Considine
           One of its attorneys

FAIQ MIHLAR (#6274089)
HEATHER M. GIANNINO (#6299848)
CHERYL CONSIDINE (#6242779)
KIMBERLY D. RENO (#6299352)
MARIA C. SANCHEZ (#6331588)
HEAVNER, BEYERS & MIHLAR, LLC
Attorneys at Law
P.O. Box 740
Decatur, IL 62525
Email: bkdept@hsbattys.com
Telephone: (217) 422-1719
Facsimile: (217) 422-1754

# SERVICE LIST

**Service by Mail:**

Jonathan G Hall
5720 N Mason Ave
Chicago, Illinois 60646

Caitlin A Hall
5720 N Mason Ave
Chicago, Illinois 60646

**Service by Electronic Notice through ECF:**

Arthur Czaja
Law Office of Arthur C Czaja
7521 N. Milwaukee Avenue
Niles, IL 60714

Marilyn O. Marshall
224 S. Michigan, Suite 800
Chicago, IL 60604

Patrick S. Layng
United States Trustee (Region 11)
219 S. Dearborn Street Room 873
Chicago, IL 60604